**DENNIS M. CHARNEY,** ISB # 4610
P.O. Box 171
Ten Sleep, WY  82442
Telephone: (208) 938-9500
Email: dennischarney@gmail.com

*Attorney for Defendant Scott Laney*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Prosecution,<br><br>vs.<br><br>SCOTT ALEXANDER LANEY<br><br>Defendant. | Case No. 1: 19-CR-0292-BLW<br><br>**DEFENDANT'S MOTION TO DISMISS COUNTS 1-8 OF THE INDICTMENT** |

Scott Laney, by and through his attorney of record, Dennis M. Charney, pursuant to Federal Rule Criminal Procedure 12(b)(3)(B)(v) and applicable case law, hereby moves this Court to dismiss Counts 1-8 of the Indictment. The Government failed to present the grand jury in this matter any evidence to support a required element of the crimes. Therefore, the Defendant respectfully requests that the Court dismiss that portion of the Indictment against him. A memorandum in support has been filed contemporaneously with this Motion.

Respectfully submitted this 13th day of November 2019.

_____/s/_____
Dennis M. Charney
Attorney for Scott Laney

**DEFENDANT'S MOTION TO DISMISS COUNTS 1-8 OF THE INDICTMENT —2**