DENNIS M. CHARNEY, ISB # 4610
P.O. Box 171
Ten Sleep, WY 82442
Telephone: (208) 938-9500
Email: dennischarney@gmail.com

*Attorney for Defendant Scott Laney*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT ALEXANDER LANEY<br><br>Defendant. | Case No. 1:19-CR-0292-BLW<br><br>**DEFENDANT'S WAIVER OF JURY TRIAL PURSUANT TO FED. CRIM. RULE 23** |

I, Scott Laney, acknowledge that I was fully informed of my right to trial by jury in this cause. I hereby waive that right, request the court to try all issues of fact and law without a jury.

Dated this 17th day of January, 2020.

_____
Defendant

APPROVED:

_____
Attorney for Defendant

The United States of America consents to the defendant's waiver of a jury trial.


_____
Assistant U.S. Attorney


Respectfully submitted this 24th day of January 2020.

          _____/s/_____
          Dennis M. Charney
          Attorney for Scott Laney

## CERTIFICATE OF SERVICE

I hereby certify that on January ____, 2020 I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Idaho by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

_____/s/_____
Dennis Charney

**DEFENDANT'S WAIVER OF JURY TRIAL PURSUANT TO FED. CRIM. RULE 23 —3**