BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
DARCI W. CRANE, IDAHO STATE BAR NO. 8852
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 19-cr-00292-BLW |
|---|---|
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION TO CORRECT INDICTMENT** |
| SCOTT ALEXANDER LANEY, | |
| Defendant. | |

The United States of America, by and through Bart M. Davis, United States Attorney, and the undersigned Assistant United States Attorney for the District of Idaho, pursuant to Federal Rules of Criminal Procedure 7(c)(2) and 52, requests two clerical errors in the Indictment be corrected.

First, the Indictment currently lists the defendant's name in the criminal forfeiture allegation as Joseph Scott Alexander Laney. (ECF No. 1, p. 7.) The name in the caption of the Indictment is correctly written as Scott Alexander Laney. The government seeks to remove the name Joseph from the criminal forfeiture allegation. Second, counts two and ten of the

UNOPPOSED MOTION TO CORRECT IINDICTMENT - 1

Indictment list the date of service as June 15, 2015. (ECF No. 1, p. 5-6.) The correct date is June 5, 2015. The government inadvertently included a one. Although the counts are charged as occurring "on or about," the government seeks to correct the error in advance of trial. The government, therefore seeks, to remove the additional one, so the date will read 6/5/15.

The government does not believe these errors misled or prejudiced the defendant in this case. As such, the errors are harmless, clerical errors that the government seeks to correct. The government contacted defense counsel about this motion, and the defendant does not object to the proposed corrections.

For these reasons, the government requests the two corrections be made to the Indictment. The criminal forfeiture allegation should read Scott Alexander Laney and the date for counts two and ten should read 6/5/15.

Respectfully submitted this 27th day of January, 2020.

                                                      BART M. DAVIS
                                                      UNITED STATES ATTORNEY
                                                      By:

                                                      */s/ Darci W. Crane*

                                                      DARCI W. CRANE
                                                      Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 27, 2020, the foregoing **UNOPPOSED MOTION TO CORRECT CLERICAL ERROR** was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by:

| DENNIS CHARNEY<br>PO Box 171<br>Ten Sleep, Wyoming 82442<br>dennischarney@gmail.com | United States Mail, postage prepaid<br>fax<br>ECF filing<br>X email |
|---|---|

        */s/ Audrey F. Campbell*
        Legal Assistant