**DENNIS M. CHARNEY,** ISB # 4610
P.O. Box 171
Ten Sleep, WY  82442
Telephone: (208) 440-7200
Email: dennischarney@gmail.com

Dennis Benjamin, ISB No. 4199
**NEVIN, BENJAMIN, McKAY & BARTLETT LLP**
303 West Bannock
P.O. Box 2772
Boise, Idaho 83701
(208) 343-1000
db@nbmlaw.com

*Attorneys for Defendant
Scott Laney*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Prosecution, <br><br> vs. <br><br> SCOTT ALEXANDER LANEY <br><br> Defendant. | Case No. 1:19-CR-0292-BLW <br><br> **AFFIDAVIT OF SCOTT LANEY IN SUPPORT OF MOTION FOR NEW TRIAL AND REQUEST FOR ENLARGEMENT OF TIME** |

I, Scott Laney, being first duly sworn upon oath hereby deposes and says:

1. I am over eighteen years of age and competent to testify to the matters herein.

2. I am the defendant in the above-entitled case.

3. I was advised by my attorney, Dennis Charney, to waive a jury trial in this case.

4. Mr. Charney believed and expressed to me that it would be in my best interests to waive the jury.

**AFFIDAVIT OF SCOTT LANEY IN SUPPORT OF MOTION FOR NEW TRIAL AND REQUEST FOR ENLARGEMENT OF TIME—1**

5. I trust Mr. Charney and I did not press him on the potential disadvantages to waiving the jury trial.

6. In preparation for this affidavit, I have reviewed all the correspondence between myself and Mr. Charney.

7. There are no letters or emails explaining to me the aspects of a jury trial, such as that the jury must be composed of twelve persons from my community, that I could participate in the selection of the jury, or that all members of the jury must unanimously agree on a verdict in a jury trial.

8. I was never advised of these things by Mr. Charney.

9. Mr. Charney did not discuss with me the benefits and burdens of a jury trial to assist me in choosing whether to waive a jury.

10. When Judge Winmill told me that I would be waiving a jury of my peers, I did not understand that a "jury of your peers" meant that the jury pool must represent a fair-cross section of the members of my community.

11. Mr. Charney did not advise me that a jury verdict must be unanimous.

12. I would not have waived the jury had I known that a single juror out of twelve could prevent me from being convicted.

13. Mr. Charney did not advise me that I could withdraw my jury trial waiver after the government filed the Superseding Indictment.

This ends my affidavit.

                                            /s/ Scott Laney
                                            Scott Laney

SUBSCRIBED AND SWORN TO
before me this 19th day of October, 2020.

      /s/ Kenneth Drew Navarro
Notary Public for the State of Idaho
Residing at: Boise, Idaho.
My commission expires: 7.18.2025

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on the 19th day of October, 2020 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent a notice of electronic filing to all parties on the electronic mail notice list.

                                            /s/ Dennis M. Charney
                                            Dennis M. Charney