Dennis Benjamin, ISB No. 4199
NEVIN, BENJAMIN & McKAY LLP
303 West Bannock
P.O. Box 2772
Boise, Idaho 83701
Telephone: (208) 343-1000
Facsimile: (208) 345-8274
db@nbmlaw.com

Attorneys for the Defendant Scott Laney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NO 1:19-CR-0292-BLW |
| Plaintiff, | ) | |
| | ) | **AMENDED NOTICE OF APPEAL** |
| vs. | ) | |
| | ) | |
| SCOTT ALEXANDER LANEY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Notice is hereby given that Scott Laney, defendant in the above case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Criminal Judgment and Sentence (Dkt 123) entered in this case on February 2, 2021.

DATED this 5th day of February 2021.

/s/Dennis Benjamin
Dennis Benjamin
Attorney for Scott Laney

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February 2021, I filed this Notice of Appeal, electronically through the CM/ECF system, and served the following parties or counsel by electronic means:

Darci Crane
Email: darci.crane@usdoj.gov
Assistant United States Attorney

/s/Dennis Benjamin
Dennis Benjamin