Craig H. Durham
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho 83702
T: (208) 724-2617
F: (208) 906-8663
chd@fergusondurham.com

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT ALEXANDER LANEY,<br><br>Defendant. | Case No. 1:19-cr-292-BLW<br><br>**ENTRY OF APPEARANCE** |

Craig H. Durham enters his appearance as counsel for Scott Alexander Laney in th place of previous counsel Dennis Charney and Dennis Benjamin. Please serve all pleadings and papers on counsel at the contact information listed above.

Respectfully submitted on this 25th day of August, 2023.

/s/*Craig H. Durham*
Craig H. Durham

1